UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

T. KING CONNALLY-BEY AS NEXT FRIEND
TO DUJUAN SOTO,

               Petitioner,

     -against-

JOE CAPUTO,

               Respondent.

22-CV-2966 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued April 18, 2022, dismissing the amended petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition is denied without prejudice to any petition Dujuan Soto may seek to file. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 18, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge